# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BENJAMIN ROSENBERG,

                    Petitioner,                    21 **CIVIL** 5321 (VEC)

    -against-                    **JUDGMENT**

W.S. PLILER, Warden, FCI Otisville, Satellite Camp,

                    Respondent.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 20, 2021, the Petition is denied; accordingly, this case is closed.

**Dated:**  New York, New York
            December 21, 2021

                                                             **RUBY J. KRAJICK**
                                                               Clerk of Court

                                             **BY:**
                                                                Deputy Clerk